UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR 05 417 RSM |
| ) | |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| JOHN JAY CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |
| ————————————————) | |

Offense charged: Counts I and II: CONSPIRACY TO DISTRIBUTE MARIJUANA AND COCAINE.

Date of Detention Hearing: November 29, 2005.

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

The Government was represented by Lisca Borichewski.  The defendant was represented by Stephen Illa.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   There is probable cause to believe the defendant committed the  drug offense of Possession with Intent to Distribute Cocaine Base.

There is therefore a rebuttable presumption against the  defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2)   Nothing in this record satisfactorily rebuts the presumption against release for several reasons: Using the factors below, under Title 18 § 3142 (g), the Court considered the following:

(a)   The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.

(b)   The weight of the evidence: This case involves a search of this Defendant's residence where in $100,000 was located under the sink.   $60,000 in a safe along with a 9mm loaded magazine which te Defendant identified as his were also located in his residence.

(c)   The history and characteristics of the person, including: The person's character, physical and mental condition, family ties,  employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, record concerning appearance at court proceedings, and whether at the time of the current offense or arrest, the person was on probation, on parole,  on other release pending trial, sentencing, appeal, or completion of

DETENTION ORDER
PAGE -2-

1    sentence of an offense under Federal, State, or local law.  At the

2    time of his arrest, this Defendant was heard telling the co.

3    defendant that she would be released before he would, hence she

4    should "liquidate everything!"  While this is susceptible to a

5    myriad of interpretations, the Court through the use of seizure

6    warrants (after this hearing) is aware of joint bank accounts which

7    appear to be proceeds of illegal drug activity, lending some

8    credibility to the allegation of the Defendant's  appearance of

9    obstructing justice by this statement to his co-defendant

10        (d)    Risk of Flight.

11            He is identified by law enforcement as involved in a first degree

12            Assault and Felony Flight (eluding) in another jurisdiction.  His

13            co-defendant Luera is also implicated having allegedly assisted

14            him in his flight.

15    Based upon the foregoing information which is consistent with the

16    recommendation of U.S. Pre-trial Services, it appears that there is no condition

17    or combination of conditions that would reasonably assure future Court

18    appearances and/or the safety of other persons or the community.

19

20    **It is therefore ORDERED**:

21    (l)    The defendant shall be detained pending trial and committed to the

22        custody of the Attorney General for confinement in a correction facility

23        separate, to the extent practicable, from persons awaiting or serving

24        sentences or being held in custody pending appeal;

25    (2)    The defendant shall be afforded reasonable opportunity for private

26        consultation with counsel;

DETENTION ORDER
PAGE -3-

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of December, 2005.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -4-