Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-417RSM |
| Plaintiff, | |
| v. | |
| JOHN JAY CUNNINGHAM,<br>LISA LUERA,<br>JUSTIN BRICE WILLIAMS,<br>MUHAMMAD ALI ATKINS,<br>JOSEPH TRAN,<br>LUCUS JOHNNY QUILT,<br>FAYVE ELI MARY QUILT,<br>DIDE CRYSTAL QUILT<br>JOANNE CHRISTIN ROSETTE,<br>RANGER OPPENHEIM,<br>ERIN CASPER,<br>ABRAHAM CHARLES SHEENA, | ORDER CONTINUING<br>TRIAL DATE AND<br>PRETRIAL MOTIONS<br>DEADLINE DATE |
| Defendants. | |

THIS MATTER comes before the Court on a stipulated motion of the government and defendants CUNNINGHAM, LUERA, ATKINS, WILLIAMS and TRAN to continue the trial date and the pretrial motions deadline date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is complex involving twelve defendants, over three thousand pages of discovery, over one thousand intercepted telephone conversations, and hundreds of exhibits.

Order Continuing Trial and Motions
Deadline/Cunningham, et al./CR05-417RSM –1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  It is unreasonable to expect adequate preparation for trial before the current trial
2  date of January 23, 2006.  The Court further finds that the interests of the public and the
3  defendants in a speedy trial in this case are outweighed by the ends of justice.
4  IT IS NOW, THEREFORE, ORDERED that trial of defendants CUNNINGHAM,
5  LUERA, ATKINS, WILLIAMS and TRAN be continued to May 8, 2006, and that the
6  time between the date of this Order and the new trial date be excludable time under the
7  Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A),
8  3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).
9  IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before
10 April 3, 2006.
11 Dated this 18th day of January, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA  98101-3903
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

Order Continuing Trial and Motions
Deadline/Cunningham, et al./CR05-417RSM –2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970