Hon. Ricardo Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN J. CUNNINGHAM,<br><br>    Defendant. | No. CR05-417 RSM<br><br>ORDER GRANTING DEFENDANT JOHN J. CUNNINGHAM'S MOTION TO CONTINUE SENTENCING HEARING |

    DEFENDANT JOHN J. CUNNINGHAM's motion to continue his sentencing hearing came on regularly for hearing, and, the court being fully advised,

    IT IS HEREBY ORDERED that Mr. Cunningham's sentencing hearing is continued to Friday, September 29, 2006.

    ORDERED this 6th day of July, 2006.

                                                      RICARDO S. MARTINEZ<br>
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant John J. Cunningham

ORDER GRANTING DEFENDANT JOHN J.                LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
CUNNINGHAM'S MOTION TO CONTINUE                    600 FIRST AVENUE, SUITE 433
SENTENCING HEARING - 1                                                    SEATTLE, WA 98104
                                                                                             (206) 464-4142